IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF THE SEARCH OF: | **_FILED UNDER SEAL_**
THE PERSON OF JOSE ADAN LOPEZ-GUEVARA | Misc. No. 1:25-mj-03111-DRM

FILED
LODGED ___ ENTERED
___ RECEIVED

JAN 23 2026

CLERK U.S. DISTRICT COURT
AT BALTIMORE
DISTRICT OF MARYLAND
BY _____ DEPUTY

USDC BALTIMORE
'25 DEC ── 11:23

### AFFIDAVIT IN SUPPORT OF
### APPLICATION FOR SEARCH WARRANT

I, Rachal M. Torg, a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (HSI), being duly sworn, depose and state as follows:

1. I have been employed as an HSI Special Agent since November 2017. As part of the daily duties as an HSI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of Title 18, U.S.C. §§ 2251, 2252 and 2252A. I have gained experience through training in seminars, classes, and daily work related to conducting these types of investigations. Specifically, I have received formal training through HSI and other agencies in the area of child pornography, pedophile behavior, collectors of other obscene material, and internet crime. I have participated in the execution of numerous search warrants, of which the majority has involved child exploitation and/or child pornography offenses. Many of the child exploitation and/or child pornography search warrants resulted in the seizure of computers, cell phones, magnetic storage media for computers, other electronic media, and other items evidencing violations of federal laws, including various sections of Title 18, United States Code § 2252A involving child exploitation offenses. In the course of my employment with

HSI, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media and within online accounts.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

## PURPOSE OF THIS AFFIDAVIT

3. This affidavit is made in support of an application for a warrant to photograph the person Jose Adan **LOPEZ-Guevara** ("LOPEZ-GUEVARA," more fully described in Attachment A), there being probable cause to believe that such photographs will contain evidence of violations of Title 18, United States Code, Section 2251(a) (sexual exploitation of children) (the "TARGET OFFENSE"):

4. The statements in this affidavit are based in part on information provided by other law enforcement officers and on my investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that contraband and evidence, fruits, and instrumentalities of violations of the TARGET OFFENSE are located in the place described in Attachment A.

## PROBABLE CAUSE

### Case Initiation and Background

5. In or around December 2024, HSI Baltimore received information concerning videos of child pornography discovered on a Darknet site dedicated to the sexual abuse of

children.[1]  Specifically, law enforcement had identified multiple videos that depicted the sexual abuse of a prepubescent male ("Minor Victim") believed to reside in Maryland.  Although the face of the adult male offender was not visible in the videos, the face of Minor Victim was clearly depicted in most of the videos.  The videos are described as follows:

a. "Video-1" (Filename ending …19_251.mp4):  A video file, approximately 7 seconds in duration, depicting a prepubescent minor male (Minor Victim) and an adult male.  The minor male has his hand on the adult male's erect penis, which is protruding from the adult male's unzipped pants.  The minor male then inserts the tip of the adult male's penis into his mouth.  The adult male's penis in uncircumcised and a dark spot is visible near the base of the penis.  A white and pink floral bedspread, and a green blanket, were observed in the video.  The adult male is wearing what appear to be khaki pants, and the minor male is wearing a gray sleeveless shirt.

b. "Video-2" (Filename ending …e712-V.mp4):  A video file approximately 12 seconds in duration, depicting an adult male with his erect penis protruding from his underwear.  The adult male's penis is touching the chin of a minor male (the same minor male from Video-1) (Minor Victim).  An adult male voice is heard saying, "Dame un besito" (give me a kiss).[2]  Minor Victim then kisses the erect penis.  The same adult male voice then instructs, "Un carisito" (Give it a caress).  The minor male then rubs his face on the adult male's penis and kisses the penis.  The same adult male voice states, "Dame la paja" (jerk it off).  The adult male's penis in uncircumcised and a dark spot is visible near the base of the penis.  A white and pink floral bedspread, and a green blanket, were observed in the video.  The adult male is wearing what appears to be black, white, and yellow plaid flannel pants.  The minor male is wearing a gray sleeveless shirt, similar to Video-1, with a spider logo visible on the front.

c. "Video -3" (Filename ending …bc9473.mp4:  A video file, approximately 7 seconds in duration, depicting a naked minor male, laying on his stomach on what appears to be a bed.  The minor male's legs are spread, and an adult male hand separates the minor male's buttocks, exposing the anus and genitals.  The adult male then inserts his finger into the minor male's anus.  The minor male appears to have a mole or blemish on the right side of his lower back.  A white and pink floral bedspread, and a green blanket, were observed in the video.

---

[1] Darknet marketplaces are illicit e-commerce websites designed to buy and sell controlled substances, child pornography, compromised financial data, firearms, and/or other contraband over the Internet.  Darknet marketplaces operate by protecting the true identities of their users and operators and are accessible only through special internet browsers, such as "The Onion Router" ("Tor").  To preserve the confidentiality and integrity of the investigation, the actual name and other identifying details of the Darknet site remains undisclosed in this affidavit.

[2] A Spanish speaking law enforcement officer assisted with the Spanish to English translations int this affidavit.

d. "Video -4" (Filename ending …11e314.mp4):  A video file, approximately 8 seconds in duration, depicting an adult male with his erect penis protruding from his underwear, and a minor male (the same minor male depicted in Video 1 and 2) (Minor Victim).  And adult male voice instructs the minor male, "jalalo" (pull it). The minor male then places his hand on the adult male's penis and moves his hand up and down while his hand remains on the penis.  The adult male's penis in uncircumcised and a dark spot is visible near the base of the penis.  A white and pink floral bedspread, and a green blanket, were observed in the video.  The adult male is wearing the same black, white and yellow flannel pants as observed in Video-2.  The minor male is wearing a gray sleeveless shirt, similar to Video-1, with a spider logo visible on the front, and green and black shorts.

6. Using open-source and law enforcement databases and image repositories, on or about December 5, 2024, HSI investigators identified Facebook accounts with photographs depicting a young minor male who appeared visually similar to the minor male whose face is clearly depicted in Video-1, Video-2, and Video-3 (Minor Victim 1, or MV1).  Specifically, law enforcement observed a publicly viewable Facebook account believed to be the Facebook account of the father of MV1, with the profile name "Adam Lopez."

7. I reviewed the publicly available Facebook account of "Adam Lopez," which I believed to be the father of MV1. The "Adam Lopez" Facebook account had a number of photographs of a young boy that I believed to be MV1, based on the similarity in appearance between the Darknet videos.

8. The "Adam Lopez" Facebook account included photographs with background that was consistent with items seen in the Darknet videos that depicted the abuse of MV1.  Specifically, a pink and white floral bedspread was observed in all of the Darknet videos.  Below, several of the screenshots are set forth where the bedding is observed in the background of the Darknet videos:



9. The above pink and white floral bedsheet and green blanket were observed on the "Adam Lopez" Facebook account. Examples from the "Adam Lopez" Facebook account are below:



10. Additionally, I observed images of who I believed to be MV1 wearing a grey shirt with a spider logo on the front in the "Adam Lopez" Facebook account. The shirt is visually similar to the shirt worn by Minor Victim in Video-1, Video-2 and Video-4. Specifically, law enforcement observed an image on the "Adam Lopez" Facebook account that depicts the spider shirt, pink and white floral bedsheet, green blanket, and **LOPEZ-GUEVARA**. Below, comparisons are below:



| Lopez Account September 23, 2017 | Adam Lopez Account September 11, 2017 | Video-4 |

### Identification of **LOPEZ-GUEVARA** and Evidence of Production of Child Pornography

11.     Law enforcement database queries revealed a Maryland driver's license (MD-10272468362) for a Jose Adan Lopez-Guevara ("**LOPEZ-GUEVARA**"), with a date of XX/XX/1987, with a listed address in Laurel, Maryland. A comparison of the MVA photograph of **LOPEZ-GUEVARA** (left) and an image from the "Adam Lopez" Facebook profile photo (right) are below:




12.     Based on my review of the Facebook accounts and the MVA photograph, **LOPEZ-GUEVARA** was identified as the person depicted in the "Adam Lopez" Facebook account, and as the father of MV1. Additionally, as detailed below, the hands of the adult male in Video-3 are consistent with **LOPEZ-GUEVARA's** hands as depicted in various Facebook photographs.

13. In Video-3 described above, an adult hand is depicted touching Minor Victim's buttocks, and a finger is penetrating Minor Victim's anus. The hand had distinctive identifiers, such as wide, white nails and slightly darker discoloration on the knuckle areas. Additionally, the right thumbnail appears unusually pointed. Redacted screenshots from Video-3 depicting the hand are below:




14. While reviewing the "Adam Lopez" Facebook account, I observed numerous images of **LOPEZ-GUEVARA**, including images that depict his hands. **LOPEZ-GUEVARA's** hands are visually similar to the hand in Video-3. Notably, **LOPEZ-GUEVARA** has wide, white nails, a pointed shaped thumbnail, and a darker discoloration on his knuckles. Screenshots from the "Adam Lopez" Facebook account are below:





15. A side-by-side comparison of the hand in Video-3 and **LOPEZ-GUEVARA's** hands is below:

1    1:25-mj-03111-DRM



| Video-3 | Adam Lopez Facebook Photo | Video-3 |

16. On December 12, 2024, based on the above-mentioned facts, federal search warrants were authorized by Magistrate Judge Erin Aslan, for **LOPEZ-GUEVARA's** residence, vehicle and person. The warrants were executed that same day, and several electronic devices were seized, including two cellular devices, a Samsung Galaxy S9+ (TARGET DEVICE 1) and another Samsung cellphone (TARGET DEVICE 2) from **LOPEZ-GUEVARA's** vehicle. Additionally, pursuant to the search warrants, investigators photographed **LOPEZ-GUEVARA's** hands and genitals.

17. On December 12, 2024, **LOPEZ-GUEVARA** was arrested and charged in state court for numerous violations of child pornography and sex offenses against a minor.

### Indictment of LOPEZ-GUEVARA

18. On January 22, 2025, a Grand Jury sitting in the District of Maryland, returned a six-count indictment charging **LOPEZ-GUEVARA** with five counts of Sexual Exploitation of a Child and one count of Possession of Child Pornography. (*United States v. Jose Adan LOPEZ-Guevara,* RDB-25-10).

### Digital Forensic Evidence and Discovery of Additional Production of Depictions of Children Engaged in Sexually Explicit Conduct

19. A review of the digital forensic evidence was conducted by me and other investigators. A review of TARGET DEVICE 1 revealed more than 18,000 images and 1,800

videos. Below is a description of some of the files located during review of TARGET DEVICE 1:

    a. Several selfie-style images of **LOPEZ-GUEVARA** with his family, including his wife and minor children.[3]

    b. Several images that depict a Maryland driver's license in the name Jose Adan Lopez Guevara.

    c. A color image, with filename -2249383945600686661.jpg, that depicts a male penis with distinct moles/markings at the base of the penis shaft. The exposed penis is protruding out of blue plaid-colored boxers.

    d. A color image, with filename 5938116347065439428.jpg, that depicts an erect adult male penis is protruding from boxers that are dark blue and green in color. A male hand is holding the penis. There are distinct moles/markings at the base of the penis shaft.

20. Further review of the images on TARGET DEVICE 1 revealed at least thirty-five (35) images sexually explicit images depicting either MV1 or Minor Victim 3 (MV3). Many of the images depict a finger or hand touching or penetrating the minor victims. Two of the files are described below:

    a. An image file, partially titled "-713225.jpg," depicting a pre-pubescent male. The minor male's shorts are pulled down and his penis is exposed. An adult male is holding the minor male's penis near the base of the shaft of the penis. The minor male is standing on a grey, orange and black colored rug in an apparent bathroom.

    b. An image file, partially titled "-159057.jpg," depicting a naked, pre-pubescent male. The minor male is on his knees and bent over, and an adult hand is on the minor male's buttocks, spreading them to expose the minor male's anus and genitals. The minor male is on a grey carpeted floor.

21. Three additional images were located on TARGET DEVICE 1 that depict sexually explicit images involving a minor female, later identified as Minor Victim 2 (MV2). On of the files is described below:

---

[3] **LOPEZ-GUEVARA** has five (5) minor children.

    a. An image file partially titled "-813927.jpg," depicting a naked, pre-pubescent female laying on her back. The minor female is laying on a green and white patterned blanket with her legs spread apart and genitals exposed. An adult hand is touching the vagina of the minor female, exposing her genitals.

22. Based in part on the additional production media files of suspected production of depictions of children engaged in sexually explicit conduct discovered on TARGET DEVICE 1, on August 27, 2025, a Grand Jury sitting in the District of Maryland, returned a superseding indictment charging **LOPEZ-GUEVARA** with an additional nine counts of Sexual Exploitation of a Child. Trial is scheduled to begin on April 13, 2026.

23. In October 2025, I submitted a request to the HSI Cyber Crimes Center Victim Identification Lab ("the ID Lab"). I provided the ID Lab with the images of child pornography that are the subject of counts of sexual exploitation of children in the pending indictment, including the files described in paragraphs 20 and 21 above, as well as the photographs of **LOPEZ-GUEVARA's** hands taken on December 12, 2024 during the execution of the search warrants. I was advised by an examiner from the ID Lab that some of the images that are the subject of the counts in the pending indictment depict enough of the hand to conduct a comparison to a known hand. After reviewing the images from December 12, 2024, however, the examiner advised that additional close-up images of a known subject's hand at various angles and particular positions is necessary to conduct a comparison.

## CONCLUSION

24. Based on the above information, I respectfully submit that there is probable cause to believe that the photographing of **LOPEZ-GUEVARA's** hands will provide evidence of the TARGET OFFENSE.

25. Therefore, I respectfully request that the search warrant be issued authorizing the search of the person described in Attachment A and seizure of the items described in Attachment

B.  In addition, I request that law enforcement be authorized to direct the person described in Attachment A to place his hands in certain positions for photographing them that are consistent with the media files referenced above and with additional media files located on the cellular devices of **LOPEZ-GUEVARA**.

*Rachal Torg*
Rachal M. Torg
Special Agent
Homeland Security Investigations

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this  1st  day of December 2025.

_____
HONORABLE DOUGLAS R. MILLER
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

## DESCRIPTION OF LOCATIONS TO BE SEARCHED

The person of Jose Adan LOPEZ-Guevara, date of birth xx/xx/1987, citizen of Honduras, Alien Registration # 216-684-033.



## ATTACHMENT B

The hands of the person described in Attachment A, which constitutes evidence of the commission of violations of Title 18, United States Code, Sections 2251(a), production of child pornography.

During the course of the search, law enforcement is authorized to direct the person described in Attachment A to place his hands in certain positions for photographing them. The positions should be consistent with the media files and positions referenced in this affidavit and additional media files located on the cellular devices of **LOPEZ-GUEVARA** referenced in this affidavit.

1                     1:25-mj-03111-DRM